# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| LLOYD H. WILSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 1:21-cv-00666-AKK-JHE |
| JIMMY KILGORE, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The petitioner, Lloyd H. Wilson ("Wilson"), filed this action for writ of habeas corpus *pro se* on or about May 12, 2021. Doc. 1. Because his petition clearly reflected that Wilson had not exhausted his state court remedies, the Magistrate Judge ordered Wilson to show cause why his petition should not be dismissed. Doc. 3. Wilson's deadline to respond to the Order to Show Cause expired with no response from Wilson. On June 14, 2021, the Magistrate Judge entered a report and recommendation pursuant to 28 U.S.C. § 636(b), recommending that the habeas petition be dismissed without prejudice to allow Wilson the opportunity to exhaust his state law remedies. Doc. 4. Although Wilson was notified of his right to file objections within fourteen (14) days, no objections have been filed with the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Magistrate Judge's Report and Recommendation, the court

is of the opinion that the Magistrate Judge's findings are due to be and are hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE**. Further, because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is due to be **DENIED**. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), *Rules Governing § 2254 Proceedings*.

A separate Final Order will be entered.

**DONE** the 8th day of July, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE